Case 2:22-cv-00144   Document 13   Filed on 12/06/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| AGUSTIN NUNEZ-REYNOSO, § § Petitioner, § § VS. § FEDERAL BUREAU OF PRISONS, § § Respondent. § | CIVIL ACTION NO. 2:22-CV-00144 |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On October 31, 2022, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (M&R, D.E. 12). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 12), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Government's motion to dismiss (D.E. 11) is

**GRANTED** and Nunez-Reynoso's petition (D.E. 1) is **DISMISSED** as an abuse of the writ.

ORDERED on December 6, 2022.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE