United States District Court
Southern District of Texas
**ENTERED**
December 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AGUSTIN NUNEZ-REYNOSO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00144 |
| | § | |
| FEDERAL BUREAU OF PRISONS, | § | |
| | § | |
| Respondent. | § | |

## **FINAL JUDGMENT**

Pursuant to the Court's Order Adopting Memorandum and Recommendation (D.E. 13), the Court enters final judgment dismissing this action.

ORDERED on December 6, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE